# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| ARTHUR H. WILSON, | § | |
|---|---|---|
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION H-05-2972 |
| | § | |
| BRAD LIVINGSTON, | § | |
| | § | |
| Respondent. | § | |

## **FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 31st day of August, 2005.

_____
DAVID HITTNER
United States District Judge